UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCNATT,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA, Warden,<br><br>        Respondent. | Case No. 20-4921 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: __September 1, 2021__

                                              BETH LABSON FREEMAN
                                              United States District Judge